[No. 7,782—In Bank.
August 30, 1882.

## JAMES McCOY v. JOSEPH MORRISON.

Tax Suit—Proof of Service of Summons—Recitals in Judgment—Jurisdiction.—Ejectment. Plaintiff deraigned title under a judgment entered July 13 1871, in an action for taxes against certain unknown defendants, sued by fictitious names, and the land in controversy; which recited, that "all owners and claimants of the property had been duly summoned to answer the complaint, and had made default." Judgment for the plaintiff and order denying a new trial affirmed, on the authority of *Truman* v. *Robinson*, 44 Cal. 623, and *Branson* v. *Caruthers*, 49 id. 374. McKee, J., dissents.

Appeal from a judgment for the plaintiff, and from an order denying a new trial, in the Superior Court of the County of San Diego. McNealy, J.

The facts are stated in the syllabus.

*W. Jeff. Gatewood, A. B. Hotchkiss,* and *Graves & Chapman,* for Appellant.

*Leach & Parker,* and *Chase, Arnold & Hunsaker,* for Respondent.

The COURT:

Upon the authority of *Truman* v. *Robinson,* 44 Cal. 623, and *Branson* v. *Caruthers,* 49 id. 374, the judgment and order are affirmed.

McKEE, J., dissenting:

I dissent: In my judgment the case in hand does not belong to the class of cases covered by *Truman* v. *Robinson* and *Branson* v. *Caruthers.*